# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD ANDERSON, et al.,            )<br>                                                                )<br>                    Plaintiffs,             )<br>                                                                )<br>vs.                                                         )      NO. CIV-17-1236-HE<br>                                                                )<br>ED LAKE, et al.,                                  )<br>                                                                )<br>                    Defendants.           ) | |

## JUDGMENT

In accordance with the order entered this date, this action is dismissed.

**IT IS SO ORDERED**.

Dated this 26th day of March, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE